**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2084**

---

GEORGE GREGORY JACKSON,

Plaintiff - Appellant,

versus

COMPUTER PROFESSIONALS, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert R. Merhige, Jr., Senior District Judge. (CA-96-114-R)

---

Submitted: December 19, 1996          Decided: December 30, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

George Gregory Jackson, Appellant Pro Se. Roger Louis Williams, WILLIAMS, BUTLER & PIERCE, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to the Defendant on his action alleging breach of an employment contract. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. Jackson v. Computer Professionals, Inc., No. CA-96-114-R (E.D. Va. June 27, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED